IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACK MEYER,
Inmate # 123417
Plaintiff/Petitioner,

vs.

CASE NO: 4:07cv211 MP/AK

STEUPHEN McDOUOUGH
SECRETARY - D.O.C.,
ET AL.
Defendant(s)/Respondent(s).

_____/

## MOTION TO PROCEED IN FORMA PAUPERIS

I, JACK MEYER, plaintiff/petitioner in the above-entitled action, move to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in the above-entitled action. I am unable to make full prepayment of fees or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

Jack Meyer
Signature of Plaintiff/Petitioner

**AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**
(THIS AFFIDAVIT MUST BE COMPLETED IN ITS ENTIRETY)

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? Yes (X)   No ( )

If yes, place of incarceration: FLORIDA STATE PRISON

If not incarcerated, skip to Question #5.

2. Have you been incarcerated for *at least* six (6) months:   Yes (X)    No ( )

3. Have you been confined in the facility listed above (question #1) for the six months preceding the filing of this case?    Yes ( )    No (X)

4. If not, where else have you been held: __N/A__ when: _____ - _____

5. Are you presently employed?    Yes ( )    No (X)

   a. If yes, amount of salary or wages: _____ Employer: _____
   b. If no, date of last employment: __1981__ Salary: __MINIMUM WAGE__

6. Have you received any money from any of the following sources within the past 12 months:

   a. Business, profession, or self-employment?    Yes ( )    No (X)
   b. Payments from rent, interest, or dividends?    Yes ( )    No (X)
   c. Pensions, annuities, or life insurance payments?  Yes ( )    No ( )
   d. Disability or worker's compensation payments?    Yes ( )    No (X)
   e. Gifts, inheritances, or any other sources?    Yes ( )    No (X)

7. Do you have any money in a checking or savings account?    Yes ( )    No (X)

   If yes, state the total amount (including money in prison bank account): _____

8. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes ( )    No (X)

   If yes, describe the property and its approximate value: _____

9. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

I hereby declare under penalty of perjury that the above information is true and correct.

__Jack Moyer__    __5-7-07__
SIGNATURE OF PLAINTIFF    DATE

*- Attach Inmate Bank Account Printouts to this Motion -*

Revised 07/02

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
<u>TALLAHASSEE</u> DIVISION

<u>JACK MEYER</u>,
Inmate # <u>123417</u>.
Plaintiff/Petitioner

vs.

CASE NO: <u>4:07cv211 rp/ak</u>

<u>STEVPHEN McDOUOGH</u>
<u>SECRETARY, D.O.C.</u>,
<u>ETAL</u>.
Defendant(s)/Respondent(s).

FILED 2007 MAY 11 PM 5

_____/

**PRISONER CONSENT FORM AND FINANCIAL CERTIFICATE**

I, <u>JACK MEYER</u>, plaintiff/petitioner in the above-entitled action, understand that:

1. If I submit a petition for writ of habeas corpus in this court, the filing fee is $5.00. I must pay such fee if my current prison account balance, my average account balance, or the average of my monthly deposits is $25.00 or more. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint. [See paragraph 2(a)].

2. If I submit a civil rights complaint or other civil action, the filing fee is $250.00. If my current account balance is more than $300.00, I will not qualify for *in forma pauperis* status. I must pay the full $250.00 filing fee before the Court will consider the merits of my complaint. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint.

   (a) If I have not been incarcerated at my current institution for six months, I must obtain an account statement from each facility at which I have been confined during the relevant six month period of time. Failure to submit the required account statements may result in the denial of this *in forma pauperis* application.

   (b) Pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), even if I am granted leave to proceed *in forma pauperis*, I must pay the entire $250.00 filing fee in full. I AM OBLIGATED TO PAY THE ENTIRE $250.00 FILING FEE REGARDLESS OF THE DISPOSITION OF THIS CASE (including dismissal).

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF FLORIDA TALLAHASSEE DIVISION

JACK MEYER,
INMATE #123417,
PLAINTIFF.

VS.

STEVPHEN McDONOUGH,
SECRETARY - D.O.C.
ET AL.
DEFENDANTS.

CASE NO. 4:07cv 211 MP/AK

RECEIVED 07 MAY 14 PM 10:12

FILED 2007 MAY 11 PM 1:15

## MOTION TO PROCEED IN FORMA PAUPERIS

PLAINTIFF REQUEST THIS COURT ALLOW HIM TO PROCEED IN FORMA PAUPERIS, WITH THE ATTACHED INMATE BANK STATEMENT FOR THE MONTH OF MAY, WHICH SHOWS ZERO BALANCE.

THE INMATE BANK IS VERY SLOW IN PROVIDING REQUESTED 6 MONTH STATEMENTS.

DUE TO THE SERIOUSNESS OF PLAINTIFFS MEDICAL SITUATION, HE REQUEST TO BE ABLE TO SUBMIT THIS CIVIL COMPLAINT NOW, AND FORWARD TO THE CLERK OF THE COURT,

HIS VERIFYED 6 MONTH ACCOUNT STATEMENT, AS SOON AS PLAINTIFF RECEIVES IT.

THIS STATEMENT WILL SHOW PLAINTIFF HAS NOT RECEIVED ANY FUNDS IN SEVERAL YEARS.

5-7-07                              RESPECTFULLY SUBMITTED,

                                    *Jack Meyer*

```
IBSR140 (74)                              FLORIDA DEPARTMENT OF CORRECTIONS                      05/02/07
                                              TRUST FUND ACCOUNT STATEMENT                       09:21:02
                                          FACILITY: 205 - FLORIDA STATE PRISON                   PAGE 1392
                                              FOR: 04/01/2007 - 04/30/2007

ACCT NAME: MEYER, JACK D.                    ACCT#: 123417
BED: Q2206S                                  TYPE: INMATE TRUST
PO BOX:

                                                                       BEGINNING BALANCE 04/01/07       $0.02

POSTED                    REFERENCE
DATE    NBR   TYPE         NUMBER          FAC   REMITTER/PAYEE        +/-   AMOUNT      BALANCE
------  ---   ----------  --------------   ---   -------------------   ---   -------     -------
04/04/07 249  MEDICAL CO-PAY  032907114SCS  000                         -    $0.00       $0.02
04/13/07 147  LIEN CREATED  - 04/04/2007    000  032907114SCS
04/13/07 147  LIEN PAYMENT - 06/01/2006     000  060106318008
04/13/07 148  MEDICAL CO-PAY 060106318008   000                         -    $0.00       $0.02
                           - 06/01/2006          060106720SC
04/13/07 148  LIEN PAYMENT - 08/07/2006     000  080706228015
04/13/07 149  MEDICAL CO-PAY 080706228015   000                         -    $0.00       $0.02
                           - 08/07/2006          080706830SC
04/13/07 149  LIEN PAYMENT - 09/08/2006     000  090806207029
04/13/07 150  MEDICAL CO-PAY 090806207029   000                         -    $0.00       $0.02
                           - 09/08/2006          090706750SC
04/13/07 150  LIEN PAYMENT - 11/14/2006     000  111406224047
04/13/07 151  MEDICAL CO-PAY 111406224047   000                         -    $0.00       $0.02
                           - 11/14/2006          111306840SC
04/13/07 151  LIEN PAYMENT - 11/29/2006     000  112906262013
04/13/07 152  MEDICAL CO-PAY 112906262013   000                         -    $0.00       $0.02
                           - 12/12/2006          112206113OSC
04/13/07 152  LIEN PAYMENT - 12/12/2006     000  121206217026
04/13/07 153  MEDICAL CO-PAY 121206217026   000                         -    $0.00       $0.02
                           - 04/04/2007          121106755SC
04/13/07 153  LIEN PAYMENT - 04/04/2007     000  040407249016
04/13/07 157  MEDICAL CO-PAY 040407249016   000                         -    $0.00       $0.02
                           - 03/07/2006          032907114SCS
04/13/07 157  LIEN PAYMENT - 03/07/2006     000  030706286033
04/26/07 213  MEDICAL CO-PAY 030706286033   000                         -    $0.00       $0.02
                           - 04/26/2007          030706730SC
04/26/07 213  LIEN CREATED - 04/26/2007     000  042607090OCS

                                                                       ENDING BALANCE 04/30/07        $0.02


LIEN                                         LIEN      AMOUNT      AMOUNT
DATE     TYPE OF LIEN                        FACL      OF LIEN    STILL OWED
------   -----------------------             ----      -------    ----------
04/26/07 MEDICAL CO-PAYMENT                  000        $4.00       $4.00
```